

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00469-CV

In the Interest of A.K.M., A Child    §    From the 431st District Court

                                      §    of Denton County (2007-61419-393)

                                      §    December 12, 2013

                                      §    Opinion by Justice Meier

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier